WILLIAM LAMPSON v. .DRAIN COMMISSIONER OF INGHAM COUNTY.

*Proceedings to lay out ditch—Notice of application for appointment of commissioners.*

Proceedings to lay out a drain were quashed because the record did not show that notice had been given that application would be made to the probate judge for the appointment of the commissioners to determine the necessity for constructing the ditch and to assess the consequent damages.

Certiorari to bring up proceedings for laying out a ditch across the premises of the petitioner, under the County Drain Law, Comp. L. ch. 47. Submitted November 10, 1880. Decided January 5, 1881.

*J. C. Shields* for plaintiff in certiorari.

MARSTON, C. J. The record does not show any notice whatever that application would be made to the probate judge for the appointment of commissioners, and they having been appointed and acted without such notice having been given or waived, the proceedings cannot be sustained, but must be quashed, with costs.

The other Justices concurred.